CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Ronald James Stroud<br>YOB: 1992<br>POB: United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>22-00596MJ |

Complaint for violations of Title 26, United States Code §§ 5861(d) and (f), and 5871.

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT ONE:**
On or about September 19, 2022, at or near Willcox, in the District of Arizona, the defendant, Ronald Stroud, knowingly possessed a firearm, that is, an explosive device, as defined in Title 26, United States Code, Sections 5845(a) and (f), which was not registered to him in the National Firearms Registration and Transfer Record pursuant to Title 26, United States Code, Section 5841; all in violation of Title 26, United States Code, Sections 5861(d) and 5871.

**COUNT TWO:**
On or about September 19, 2022, at or near Willcox, in the District of Arizona, the defendant, Ronald Stroud, knowingly made a firearm, that is, an explosive device, as defined in Title 26, United States Code, Sections 5845(a) and (f), without having complied with the statutory requirements sets forth in Title 26, United States Code Section 5822; all in violation of Title 26, United States Code, Sections 5861(f) and 5871.

**BASIS FOR COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On September 19, 2022, at approximately 0020 hours, Willcox Police Department responded to North Curtis Avenue in Willcox, Arizona due to a loud explosion in the area. 911 callers reported that an explosion occurred in an alley between North Curtis and North Haskell Avenues directly behind a single residence and a residential apartment building. There is a church and a restaurant near the blast sight. Responding officers located and identified fragments of a PVC pipe bomb in the alley as well as in the backyard of the single residence backing into the alley.

After locating these items on scene, the Willcox Police Department contacted Special Agent (SA) Mathew Owen of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). SA Owen responded to the scene and documented the fragments of a PVC pipe bomb as they were found by the Willcox Police Department. The fragments were of a 1-inch in diameter PVC pipe that was approximately 6-9 inches in length. The pipe fragments were covered in what appeared to be a blue adhesive and coloration with attached 1-inch end caps on two fragments. Ruminants of a suspected energetic powder were also recovered from inside a segment of pipe bomb.

The endcaps were in good condition. They were 447-010 Charlotte RSCH 40 D-2466 PVC-1. One end cap had bar code number 11942 03854 1 219. This end cap had a clearly drilled small diameter hole where the suspected fuse for the device would have been placed. Willcox Police Officers confirmed the Ace Hardware store located close to the blast site was one of the primary locations in the town of Willcox to purchase PVC pipes.

CONTINUED ...

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by | Digitally signed by Liza M. Granoff<br>Date: 2022.09.22 09:47:34 -07'00' | SIGNATURE OF COMPLAINANT<br>*/s/ M. Owen* |
|---|---|---|
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | | OFFICIAL TITLE & NAME:<br>Special Agent Mathew Owen |
| Sworn to before me and subscribed in my presence. | | |
| SIGNATURE OF MAGISTRATE JUDGE<br>*/s/ Eric J. Markovich* | | DATE<br>September 22, 2022 |

1) See Federal rules of Criminal Procedure Rules 3 and 54

1

... CONTINUED:

A witness on scene observed a white 4-door sedan, possibly a Cadillac, drive down the alley seconds before the detonation. The same suspected Cadillac vehicle was later observed driving past the scene where officers were still present. Willcox Police Officers familiar with a subject by the name of Ronald Stroud who drives a white Cadillac in the area sent detectives to Stroud's residence in Willcox to locate the white Cadillac. There was no white Cadillac parked in front of Stroud's residence where it is usually parked.

Later, at approximately 0342 hours, SA Owen drove past Stroud's residence and observed a 2005 Cadillac STS BASE 4-door sedan bearing Arizona License plate BMV8295 parked at the residence. This vehicle is registered to Hazel Hernandez, whom Willcox officers stated is the known grandmother to Ronald Stroud. Officers confirmed Stroud is frequently seen driving that Cadillac and has been encountered operating the Cadillac in the area. Stroud's residence is approximately a half mile from the blast site.

Multiple video recordings from various residences and businesses in the area behind and surrounding the blast scene show a white Cadillac that matched the Cadillac frequently operated by Stroud driving through the alley. One camera angle shows that an item is clearly being tossed from the Cadillac and detonating in the alley seconds later. Another camera angle shows the same vehicle entering the alley seconds before the detonation.

A few minutes prior to the explosion, the same white Cadillac can be seen entering the Speedway Gas Station at 201 N. Haskell Avenue in Willcox. Stroud can be seen exiting and entering his vehicle and then leaving the gas station minutes before the explosion. This gas station is approximately 700 feet from the site of the explosion.

On September 19, 2022, SA Owen transported the pipe bomb fragment with endcap and barcode to an Ace Hardware store in Tucson, Arizona. The manager at the location ran the bar code numbers read to him by SA Owen and confirmed that the 1-inch endcap was sold at the Ace Hardware located in Willcox, Arizona. The barcode on the end cap is generic to the specific type of item and not the specific end cap. However, through the bar code number, the manager was able to identify the end cap in SA Owen's possession was item 43157, a Charlotte Pipe Schedule 40 1-inch Slip PVC Cap.

Following this information, SA Owen contacted the manager at the Ace Hardware of the Willcox location. The manager checked the computer system and confirmed that the last time that specific item was sold was on September 18, 2022, to an Ace Hardware Rewards Member, Ronald Stroud. The manager further advised that on September 18, 2022, Stroud also purchased six of these end caps as well as a Propane Hose Assembly. Stroud's purchase history at this store location also revealed that on September 04, 2022, Stroud purchased four 1-inch end caps and a 7-foot section of 1-inch PVC Pipe Sch40. On that date, he also purchased food saver bags and a 1-inch by 1-inch OVC pipe elbow.

A review of Willcox Police Department records revealed that multiple residents on and near W. Henry Street frequently complained of the sounds of explosions in the area. One complaint in July of 2022 was for an explosion that was heard in the area around Ronald Stroud's residence with a reported white flash coming from the rear of his residence. Stroud's residence is approximately 420 feet from Willcox Elementary School. The elementary school is also about 950 feet from the explosion sight on September 19, 2022.

A search of the National Firearms Act Registry and Transfer Record (NFRTR) for any National Firearms Act (NFA) weapons, to include destructive devices, was conducted on September 19, 2022. There were no records that Stroud has any lawfully registered NFA weapons to him or that he sought to lawfully manufacture any destructive devices pursuant to 26 U.S.C. § 5822. In addition, a search of ATF's Federal Licensing System was conducted to determine if Stroud was issued a federal firearms license or federal explosives license or permit which produced negative results.

On September 21, 2022, ATF Special Agents along with other agencies executed a search warrant of Ronald Stroud's residence. During the search, agents recovered lengths of PVC pipe (approximately 4 feet), energetic materials, hobby fuse, blue adhesive used in connecting PVC pipes and endcaps, miscellaneous tools used to make pipe bombs, and other evidentiary items of value.

ATF agents conducted a post-*Miranda* recorded interview with Stroud. During the interview, Stroud confessed to ordering materials such as Magnesium, Sulfur, Aluminum, Sodium Perchlorate, and additional items used to make pyrotechnic and explosive materials online. Stroud also stated that he purchased the hobby fuse he uses. Stroud stated he purchased all these items through Amazon. Stroud advised that on the night of the explosion he was asleep at his house. When advised Stroud was on video in the area of the explosion at around the same time of the explosion, Stroud advised he must have been out then. When Stroud was advised that the recovered components from the explosion were traced back to his purchases from Ace Hardware on September 18th and September 4th, Stroud acknowledged he purchased these items. Stroud was asked why he purchased so much PVC pipe length and end caps if he was not making pipe bombs. Stroud could not provide an answer to that question and instead stated he no longer wished to speak with agents. The interview was concluded at Stroud's request.

During his transportation from Willcox to Tucson, Stroud admitted he saw SA Owen's truck pass by his house multiple times after the incident, contrary to his prior claim that he had been asleep.